**The People of the State of Illinois ex rel. Marjorie Ikemire, appellee, v. Cecil Vaughn, appellant.**

Conviction of bastardy.   Appeal from the County Court of Crawford county; the Hon. William A. McCarthy, Judge, presiding. Heard in this court at the March term, 1924.   Affirmed.   Opinion filed July 7, 1924.

Bradbury, Gaines & Bradbury, for appellant.   Charles E. Jones, State's Attorney, and Newlin & Newlin, for appellee.

Mr. Justice Higbee delivered the opinion of the court.